UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In the matter of: | : | Case No. 06-33522 |
| DAVID E AND MARY J WATSON | : | Chapter 7 |
| . | | |
| | : | JUDGE |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $5.18 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Chase Bank<br>C/o Weinstein & Riley<br>2101 4th Ave., Suite 900<br>Seattle, WA 98121 | NO. 8 | $2.37 |
| Macy's/FDS<br>C/o TSYS Debt Mgmt.<br>PO Box 137<br>Columbus, GA 31902 | NO.15 | $ .43 |
| City of West Carrollton<br>PO Box 10<br>West Carrollton, Ohio 45449 | NO.16A | $1.17 |
| E Cast<br>HSBC Bank Nevada<br>PO Box 35480<br>Newark, NJ 07193-5480 | NO.20 | $1.21 |

/s/ Ruth A Slone

Dated:_____    _____

Ruth A. Slone, Trustee